Samuel S. Whiteside, appellee, v. John Kessnich, appellant. Gen. No. 28,780.

Suit for balance of purchase price of grocery store and for rent and electric light. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district

at the October term, 1923. Affirmed. Opinion filed March 17, 1924. Rehearing denied March 31, 1924.

Maxwell N. Andalman, for appellant. Bassler, Bippus, Rose & Reeve, for appellee.

Mr. Justice McSurely delivered the opinion of the court.